REVELONE, INC., Appellant, *v.* ARLIND REALTY CORPORATION et al., Respondents, et al., Defendants.

Submitted April 19, 1949; decided April 20, 1949.

Motion for an order certifying a constitutional question denied, with $10 costs.

NETTIE M. FEINS, Respondent, *v.* SAMUEL P. COHEN, Appellant.

Argued April 12, 1949; decided May 19, 1949.

*Julius A. Itzkowitz* for appellant.

*Paxton Blair* and *Irving Novis* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.